United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Santano Galo, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-25-4290 |
| | § |
| Dunn-Wright & Associates, LLC, | § |
| | § |
| Defendant. | § |

## ORDER

On January 5, 2026, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Renewed Motion for Temporary Restraining Order and Preliminary Injunction. (Docket Entry No. 14.) Magistrate Judge Bray further recommended that the court dismiss this case for failure to serve the Defendant. (Docket Entry No. 14.)

The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Plaintiff filed objections to the recommendation. (Docket Entry No. 15.) The objections are **OVERRULED**.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.; see also Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

This case is **DISMISSED WITHOUT PREJUDICE** for failure to serve the Defendant.

**SIGNED** at Houston, Texas, on this the 21st day of January, 2026.

Sim Lake
Senior United States District Judge